## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00292-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 6, 2007** | **Courtroom Deputy:** Ben Van Dyke |

BRIAN MARA, *et al.,*                                     James A. Cederburg

    **Plaintiffs,**

v.

GORDON TRUCKING, INC., *et al.,*                    J. Bradley Hardman

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:     9:17 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:**  **The parties may take preservation depositions after the discovery cutoff, but well prior to trial.**

**ORDERED:**  **The oral motions to withdraw Plaintiffs' Motion for Leave to File Amended Complaint Asserting Exemplary Damage Claim Against Defendant Gordon Trucking, Inc. [July 10, 2007; doc. 20] and Plaintiffs' Amended Supplement to Motion for Leave to File Amended Complaint Asserting Exemplary Damage Claim Against Defendant Gordon Trucking, Inc. [filed July 16, 2007; doc. 27] are granted.  The motions are hereby withdrawn without prejudice.**

**ORDERED:**  **Plaintiffs may file a motion to amend the complaint to assert a claim for exemplary damages by September 21, 2007.**

HEARING CONCLUDED.

**Court in Recess:     9:33 a.m.**
Total In-Court Time:     00:16