**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00292-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: November 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| BRIAN MARA, *et al.*, | James A. Cederburg |
| | Ross B.H. Buchanan |
| **Plaintiffs,** | |
| v. | |
| GORDON TRUCKING, INC., *et al.*, | J. Bradley Hardman |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:     3:27 p.m.**
Court calls case. Appearances of counsel.

Counsel present arguments regarding Plaintiffs' Renewed Motion for Leave to File Amended Complaint Asserting Exemplary Damage Claim Against Defendant Gordon Trucking, Inc. [filed October 25, 2007; doc. 37].

**ORDERED:   Plaintiffs' Renewed Motion for Leave to File Amended Complaint Asserting Exemplary Damage Claim Against Defendant Gordon Trucking, Inc. [filed October 25, 2007; doc. 37] is granted for the reasons stated on the record. Plaintiffs' counsel shall file an amended complaint consistent with the discussion on the record by November 27, 2007.**

**ORDERED:   The oral motion to extend the dispositive motion deadline to December 15, 2007 is granted.**

HEARING CONCLUDED.

**Court in Recess:     4:37 p.m.**
Total In-Court Time:     01:10